# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Leah E. Colland

Debtor(s)

CHAPTER 13

BKY. NO. 24-22788 JAD

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.

Respectfully submitted,

/s/ Brent J. Lemon
Brent Lemon
12 Dec 2024, 11:05:34, EST

Denise Carlon, Esq. (317226)  ☐
Brent Lemon, Esq. (86478)  ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com