IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Leah E. Colland, | : | Bankruptcy Case No. 24-22788 JAD |
| | : | |
| Debtor. | : | Document No. |
| | : | |
| | : | Related to Document No. |

## CERTIFICATE OF SERVICE OF ORDER FOR WAGE ATTACHMENT AND <u>NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER</u>

I, Daniel R. White, Attorney for Debtors, certify that on January 8, 2025, I served a copy of the Court's November 15, 2024 wage attachment order and Local Form 12, Notification of Debtor's Social Security Number upon Debtor's employer at SCI Fayette, Attn: Payroll Manager, 50 Overlook Drive, Labelle, PA 15450.

Method of service: first class mail, postage prepaid.

Total number of parties served: 1

Date executed: January 8, 2025

                                          TREMBA, KINNEY, GREINER & KERR, LLC

                                          BY

                                          /s/ Daniel R. White
                                              Daniel R. White
                                              PA I.D. No. 78718
                                              1310 Morrell Avenue
                                              Connellsville, PA 15425
                                              724-628-7955
                                              Email: dwhite@westpalawyers.com
                                              Attorneys for Debtor