File No.: 12554-002

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Leah E. Colland, | : | Bankruptcy Case No. 24-22788 JAD |
| | : | |
| Debtor. | : | Document No. |
| | : | |
| | : | Related to Document No. |

CERTIFICATE OF SERVICE OF ORDER FOR WAGE ATTACHMENT AND
NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER

I, Daniel R. White, Attorney for Debtors, certify that on November 5, 2025, I served a copy of the Court's November 4, 2025 wage attachment order and Local Form 12, Notification of Debtor's Social Security Number upon Debtor's employer at SCI Fayette, Attn: Payroll Manager, 50 Overlook Drive, Labelle, PA 15450.

Method of service: first class mail, postage prepaid.

Total number of parties served: 1

Date executed: November 5, 2025

                    CALAIARO VALENCIK, P.C.
                    BY

                    /s/ Daniel R. White
                        Daniel R. White
                        PA I.D. No. 78718
                        8 Nickman Plaza
                        Lemont Furnace, PA 15456
                        Office: 724-719-9388
                        Email: dwhite@c-vlaw.com
                        Attorneys for Debtor