# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

LEAH E. COLLAND

Case No. 24-22788JAD

Debtor(s)

RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,

Chapter 13

Movant

vs.

Document No __

PORTFOLIO RECOVERY ASSOC

Respondents

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

CREDITOR INDICATES THEY DO NOT SERVICE THIS
ACCOUNT.  NO CLAIM WAS FILED. DEBT IS BEING PAID
PURSUANT TO CONFIRMED PLAN.

**Parties are advised that funds placed on reserve may be treated as general plan funding and redistributed pursuant to the terms of the confirmed plan.**

PORTFOLIO RECOVERY ASSOC
120 CORPORATE BLVD STE 100
NORFOLK, VA 23502

Court claim# /Trustee CID# 2

The Movant further certifies that on 06/10/2026 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

cc:  debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

DEBTOR(S):
LEAH E. COLLAND, 1309 WEST GREEN
STREET, CONNELLSVILLE, PA  15425

ORIGINAL CREDITOR:
PORTFOLIO RECOVERY ASSOC, 120
CORPORATE BLVD STE 100, NORFOLK, VA
23502

NEW CREDITOR:

DEBTOR'S COUNSEL:
DANIEL R WHITE ESQ, CALAIARO
VALENCIK**, 8 NICKMAN PLAZA,
LEMONT FURNACE, PA  15456